# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2026

Mr. Philip Devlin
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

No. 26-50144    Amin Hassen v. Mullin
                USDC No. 3:26-CV-48

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Christina Gardner*

                    By: _____
                    Christina A. Gardner, Deputy Clerk
                    504-310-7684

cc w/encl:
    Ms. Robin Chandler Carr
    Ms. Jacklyn Kelly Garcia
    Ms. LaTasha May