# United States Court of Appeals for the Fifth Circuit

———————————

No. 26-50144

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

June 2, 2026

Lyle W. Cayce
Clerk

Amin Ibrahim Hassen,

*Petitioner—Appellee*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, U.S. Immigration & Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; Warden, ERO El Paso Camp East Montana,

*Respondents—Appellants.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:26-CV-48

———————————————————————

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 2, 2026, for want of prosecution. The appellants failed to timely file appellants' brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

A True Copy
Certified order issued Jun 02, 2026

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____

Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT